# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AVON W. WATERS, JR.

NO. 2024 KW 0712

**NOVEMBER 4, 2024**

---

In Re:     Avon W. Waters, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 220675.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the district court's ruling, pertinent district court minutes, the transcript of the October 16, 2023 hearing, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. We further note it does not appear a motion to recuse was filed with the lower court. See La. Code Crim. P. art. 674(A).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT